IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANTHONY PAPARO, | CIVIL ACTION |
|---|---|
| v. | NO. 22-841 |
| BOROUGH OF YEADON, SHARON COUNCIL-HARRIS, Individually and as PRESIDENT OF YEADON BOROUGH COUNCIL; LEARIN JOHNSON, Individually and as VICE PRESIDENT OF YEADON BOROUGH COUNCIL; TOMEKA JONES-WATERS, Individually and as PRESIDENT PRO TEMPORE OF YEADON BOROUGH COUNCIL, and CARLETTE BROOKS, Individually and as a Member of YEADON BOROUGH COUNCIL. | |

## ORDER

**AND NOW**, this 7th day of October, 2022, it is hereby **ORDERED** that:

1. The Defendants' Motion to Dismiss as to Count I, Plaintiff's claim of violation of his right to equal employment under 42 U.S.C. §§ 1981 and 1983, against the Borough of Yeadon, is **DENIED**;

2. The Defendants' Motion to Dismiss as to Count IV, Plaintiff's claim of violation of his procedural due process right to a fair and impartial hearing, against all Defendants, is **DENIED**;

3. The Defendants' Motion to Dismiss as to Counts VI and VII, Plaintiff's claims of defamation and false light privacy, against the Borough of Yeadon, is **GRANTED**;

4. The Defendants' Motion to Dismiss as to Counts VI and VII, Plaintiff's claims of defamation and false light privacy, against Sharon Council-Harris, Learin Johnson, Tomeka Jones-Waters, and Carlette Brooks, is **DENIED**; and

5. The Defendants' Motion to Strike is **DENIED**.

                                          **BY THE COURT:**

                                          /s/ MICHAEL M. BAYLSON

                                          **MICHAEL M. BAYLSON, U.S.D.J.**