IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANTHONY PAPARO, | CIVIL ACTION |
|---|---|
| v. | NO. 22-841 |
| BOROUGH OF YEADON, SHARON COUNCIL-HARRIS, Individually and as PRESIDENT OF YEADON BOROUGH COUNCIL; LEARIN JOHNSON, Individually and as VICE PRESIDENT OF YEADON BOROUGH COUNCIL; TOMEKA JONES-WATERS, Individually and as PRESIDENT PRO TEMPORE OF YEADON BOROUGH COUNCIL, and CARLETTE BROOKS, Individually and as a Member of YEADON BOROUGH COUNCIL. | |

## ORDER

**AND NOW**, this 2nd day of February 2024, it is hereby **ORDERED**, for the reasons set forth in the foregoing memorandum, that:

1. The Borough of Yeadon's Motion for Summary Judgment (ECF 48) as to Counts I, IV, V of the Amended Complaint, is **DENIED**;

2. Individual Defendants' Motion for Summary Judgment (ECF 47) as to Counts II, III, IV, V, VI, VII, VIII of the Amended Complaint, is **DENIED**;

3. Paparo's Cross-Motion for Partial Summary Judgment (ECF 46) as to Count V of the Amended Complaint, is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\Michael.2023\22-841 Paparo v. Yeadon\MtD\22-841 - Motions for Summary Judgment ORDER.docx